**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>TYLER DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pro-Trak Trailers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **75-2753019** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**29875 US Highway 80**<br>**Wills Point, TX**<br>ZIP CODE **75169** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Van Zandt** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.9.2, ID 1514134406)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pro-Trak Trailers, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                  _____
                                  (Name of landlord that obtained judgment)

                                  _____
                                            (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pro-Trak Trailers, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> Telephone Number (If not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> Date |
| **Signature of Attorney\*** <br> X _[signature]_ <br> **Howard Marc Spector**    Bar No. **00785023** <br><br> Spector & Johnson, PLLC <br> 12770 Coit Road <br> Suite 1100 <br> Dallas, TX 75251 <br><br> Phone No.**(214) 365-5377**   Fax No.**(214) 237-3380** <br> M-11-11 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Pro-Trak Trailers, Inc.** <br> X _[signature]_ <br> Signature of Authorized Individual <br><br> **Seth Allen Davlin** <br> Printed Name of Authorized Individual <br><br> **President and Director** <br> Title of Authorized Individual <br><br> M-M-11 <br> Date | Address <br> X_____ <br><br> _____ <br> Date <br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE: Pro-Trak Trailers, Inc.                      CASE NO

                                                                 CHAPTER    11

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   7-11-11                  Signature _____
                                                         *Seth Allen Davlin*
                                                         ***President and Director***

Date _____ Signature _____

American Bank Note
711 Armstrong Lane
Columbia, TN 38401


American Funds Service Company
PO Box 2280
Norfolk, VA 23501-2280


American Hallmark Insurance Co
PO Box 901089
Fort Worth, TX 76101-2089


American Recovery- XCEL ATT
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


Anthony Wood Treating, Inc.
PO Box 137
Bearden, AR 71720


Atlas Copco Compressors, LLC
4140 World Houston
Suite 120
Houston, TX 77032


Avalon Service
20756 Highway 52 N.
Rickardsville, IA 52039


Axle Supplies
705 E. 2nd St.
Ward, AR 72176


Big D Bolt & Tool, Inc.
3633 W. Miller Rd.
Garland, TX 75041

Big Dog Trailer Products
PO Box 1662
Durant, OK 74702


Bossard (Michigan Merrick)
PO Box 65
Maspeth, NY 11378


Cargill Steel Service Centers
8807 Liberty Road
Houston, TX 77028-5730


Central Expanded Metal, Inc.
1213 N. Industrial Road
Chandler, OK 74834


Cequent Trailer Products
1050 Indianhead Dr.
PO Box 8
Mosinee, WI 54455-0008


CMC Steel Texas
One Steel Mill Road
Seguin, TX 78155


Commerce Steel
2850 Nagle
Dallas, TX 75220


Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348


Crain Industries
1325 Highway 78 South
Durant, OK 74701

Dexter Axle
500 SE 27th Street
El Reno, OK 73036


Diamond Vogel
P.O. Box 80
Orange City, IA 51041


Ebay, Inc.
P.O. Box 64138
St. Paul, MN 55164-0138


Elliott Electric Supply
P.O. Box 630610
Nacogdoches, Texas 75963-0610


Exxon Mobil
P.O. Box 688938
Des Moines, IA 50368-8938


Fastenal Company
150 Business Circle
Terrell, Texas 75160


First Victoria National Bank
P.O. Box 1338
Victoria, Texas 77902-1338


Friedman Industries, Inc.
1121 Judson Road
Suite 124
Longview, Texas 75601


Hay Van Manufacturing
1997 Wade Road
Bennington, OK 74726

HE&M Saw, Inc.
P.O. Box 1148
Pryor, OK 74362


Home Depot
151 Windsor Avenue
Terrell, Texas 75160


Ingersoll Rand
Customer Center
3080 NNE Loop 323
Tyler, Texas 75708


Interstate All Battery Center
109 B West Loop 281
Longview, Texas 75604


James King & Co., Inc.
P.O. Box 37
Tualain, OR 97062


M&E Components, Inc.
1828 Mound Road
Joliet, IL 60436


Macsteel Service Centers USA
Southwest Division- Houston
7400 Mesa Road
Houston, Texas 77028-3522


Mark Bussell
3402 Tipps Drive
Greenville, Texas 75160


Matheson Tri-Gas, Inc.
1313 W. Industrial
Sulphur Springs, Texas 75482

Maxi-Seal Harness Systems
1001 South Juniper
Garland, Texas 75042

McKelvey Enterprises
900 Industrial Road
Mt. Pleasant, Texas 75455

Mitchell Welding Supply
1106 S. Virginia
P.O. Box 692
Terrell, Texas 75160

MW Components
2101 Cleveland Street
Great Bend, KS 67530

Namasco
3837 Singleton Blvd
Dallas, Texas 75212

Nucor Steel
P.O. Box 126
Jewett, Texas 75846

Nuera Transport
P.O. Box 2459
Cookeville, TN 38502

Old Glory Insurance Company
P.O. Box 6456
Tyler, Texas 75711-6456

Phillips 66- Conoco- 76
P.O. Box 688931
Des Moines, IA 50368-8931

Pitney Bowes
Attn: Box 371887
500 Ross Street, Suite 154-0470
Pittsburgh, PA 15262-0001


Premier Lights, LLC
1751 E. Del Amo Blvd.
Carson, CA 90746


Premium Financing Specialists
P.O. Box 90819
Austin, Texas 78709-0819


Red Hat Rentals
951 N. E. Loop 7
Athens, Texas 75752


Red Wing Software
491 Highway 19
Red Wing, MN 55066


River City Steel Company
P.O. Box 66923
St. Louis, MO 63166


Rossmith Corp.
P.O. Box 386
Mount Vernon, Texas 75457


Service Steel & Pipe
P.O. Box 7961
Shreveport, LA 71137-7961


Shell Fleet Management
P.O. Box 689010
Des Moines, IA 50368-9010

Sherwin- Williams, Co.
11112 FM 349
Longview, Texas 75603-7022


SimCom Training Centers
7806 E. McClain Dr., Suite 1
Scottsdale, AZ 85260


Synergy Bank
Banking Center & Corp Admin
8951 Synergy Drive, Suite 100
McKinney, Texas 75070


Tiger Drylac Powder, Inc.
1261 E. Belmont Street
Ontario, CA 91761


Trader Media
4323 66th Avenue North
Pinelas Park, FL 33781


Turbo Transportation
P.O. Box 672
Kewnee, IL 61443


UPS
P.O. Box 650580
Dallas, Texas 75265-0580


Van Zandt Co. Appraisal Dist.
27867 State Highway 64
P.O. Box 926
Canton, Texas 75103


Van Zandt County East Annex
24632 HWY 64
Canton TX, 75103

Van Zandt County Tax Assessor Collector
24632 HWY 64
Canton TX, 75103


Verizon
P.O. Box 920041
Dallas, Texas 75392-0041


Wallace Forge Company, Inc.
3700 Georgetown St. NE
Canton, OH 44704-2697


Wells Fargo Business Card
P.O. Box 340214
Sacramento, CA 95834-0214